No. 99–362. SHORT *v.* UNITED STATES. C. A. Armed Forces. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 99–434. WAL-MART STORES, INC. *v.* DANCO, INC., ET AL. C. A. 1st Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–456. HENSON *v.* RELIGIOUS TECHNOLOGY CENTER. C. A. 9th Cir. Motion of Electronic Frontier Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–498. MICROSOFT CORP. ET AL. *v.* VIZCAINO ET AL. C. A. 9th Cir. Motion of Information Technology Association of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–522. CITY OF MACEDONIA ET AL. *v.* DEPIERO. C. A. 6th Cir. Motion of Ohio Municipal League for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–545. STEAMFITTERS LOCAL UNION NO. 420 WELFARE FUND ET AL. *v.* PHILIP MORRIS, INC., ET AL. C. A. 3d Cir. Motion of United Association of Journeymen, Plumbing, and Pipe Fitting et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–689. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* WALLACE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.